UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LABINOT KURTAJ,<br>*Petitioner*<br><br>v.<br><br>SEC. OF DHS KRISTI NOEM, ACTING DIRECTOR TODD M. LYONS, SAN ANTONIO ICE FOD MIGUEL VERGARA, WARDEN BOBBY THOMPSON,<br>*Respondents* | §<br>§<br>§<br>§   Case No.  SA-26-CA-00438-XR<br>§<br>§<br>§<br>§<br>§<br>§ |

### SERVICE ORDER

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Labinot Kurtaj, who is currently detained in the South Texas ICE Processing Center in Pearsall, Texas, located in the Western District of Texas. ECF No. 1 at 2.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents:

1. Kristi Lynn Noem, Secretary of Homeland Security;

2. Todd M. Lyons, Acting Director of the U.S. Immigration and Customs Enforcement; and

3. Miguel Vergara, Director of the San Antonio Field Office of U.S. Immigration and Customs Enforcement.

*See* FED. R. CIV. P. 4(i). Service should be directed to

    Stephanie Rico
    Civil Process Clerk

U.S. Attorney's Office for the Western District of Texas,w
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

It is **FURTHER ORDERED** that the Clerk of Court shall serve Warden, South Texas ICE Processing Center, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process. Service should be directed to

Warden
South Texas ICE Processing Center
566 Veterans Drive
Pearsall, TX 78061

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 27th day of January, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE